IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMEH KEDES, et al., | Case No.  25-cv-00733-MMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

Before the Court is defendants' "Motion to Dismiss Plaintiff's Complaint," filed February 14, 2025. Plaintiffs have filed opposition, to which defendants have replied.

The matter came on regularly for hearing on May 30, 2025. M. Alieu Iscandari of Iscandari & Associates appeared on behalf of plaintiffs. Gregory B. Thomas and Caitlin Cozine of Burke, Williams & Sorensen appeared on behalf of defendants.

Having read and considered the parties' respective written submissions, and having considered the arguments made at the hearing, the Court, for the reasons stated in detail on the record at the hearing, the motion is hereby GRANTED in part and DENIED in part as follows:

      1. All Causes of Action brought on behalf of plaintiffs George Kedes, Karen Kedes, Mery Kedes, and Sara Kedes are hereby DISMISSED;

      2. All Causes of Action brought against defendant Alameda County Sheriff's

Department are hereby DISMISSED;

3. Plaintiff Sameh Kedes' Third Cause of Action is hereby DISMISSED;

4. Plaintiff Sameh Kedes' Sixth Cause of Action is hereby DISMISSED with leave to amend;

5. Plaintiff Sameh Kedes' Ninth Cause of Action is hereby DISMISSED;

6. No later than June 13, 2025, plaintiff shall file an Amended Complaint substituting the two arresting officers for Doe No.1 and Doe No. 2;

7. If plaintiff Sameh Kedes elects to amend the Sixth Cause of Action, any such amendment shall be included in the above-referenced Amended Complaint.

**IT IS SO ORDERED.**

Dated: May 30, 2025

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2