Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Caitlin Cozine (SBN 359459)
E-mail: ccozine@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA, MATTHEW
HARMAN and ZACHARY KRIENKE
("ALAMEDA COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SAMEH KEDES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; AND SHERIFFS DEPUTY MATTHEW HARMAN, DEPUTY ZACHARY KRIENKE AND DOES 7-50, (Inclusive),<br><br>Defendants. | Case No. 3:25-cv-00733-MMC<br><br>**RESPONSE OF ALAMEDA COUNTY DEFENDANTS TO PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SAMEH KEDES**<br><br>Judge:  Hon. Maxine M. Chesney<br>Date:  TBD<br>Time:  9:00 a.m.<br>Crtrm.:  Courtroom 7 – 19th Floor<br>Trial Date: TBD |

Defendants County of Alameda, Deputy Matthew Harman, and Deputy Zachary Krienke (collectively, "Alameda County Defendants") respectfully submit the following response to Plaintiff's counsel's motion to withdraw as counsel for Plaintiff Dr. Sameh Kedes:

As the Court has already noted, the hearing date of Plaintiff's counsel's motion is blank. Dkt No. 37. To date, Plaintiff's counsel has not yet filed an Amended Notice curing several defects pointed out by the Couty. *Id*. Regardless of when the motion to withdraw is heard, Alieu M. Iscandari, Esq., counsel of record for plaintiff Dr. Sameh Kedes, acknowledges that his motion is not accompanied by a simultaneous appearance of substitute counsel or his client's agreement to appear *pro se*. Dkt. No. 36. The Alameda County Defendants appreciate that Mr. Iscandari has

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4907-9015-2291 v1

1

Case No. 3:25-cv-00733-MMC
RESPONSE OF DEFTS TO PLTF COUNSEL'S
MOTION TO WITHDRAW AS COUNSEL

health issues that preclude him from continuing to serve as counsel in this matter and do not oppose his motion to withdraw.  Pursuant to Local Rule 11-5(b), however, the Alameda County Defendants respectfully request that the Court condition Mr. Iscandari's withdrawal on his agreement to accept service "for forwarding purposes, unless and until the client [Dr. Kedes] appears by other counsel or *pro se*."

Dated:  September 3, 2025                    BURKE, WILLIAMS & SORENSEN, LLP


By:     */s/ Caitlin Cozine*
        Gregory B. Thomas
        Caitlin Cozine
        Attorneys for Defendants
        COUNTY OF ALAMEDA, MATTHEW
        HARMAN and ZACHARY KRIENKE
        ("ALAMEDA COUNTY DEFENDANTS")

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4907-9015-2291 v1

2

Case No. 3:25-cv-00733-MMC
RESPONSE OF DEFTS TO PLTF COUNSEL'S
MOTION TO WITHDRAW AS COUNSEL