IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMEH KEDES,

        Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

Case No.  25-cv-00733-MMC

**ORDER RE: CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF**

Re: Dkt. No. 39

The Court having granted plaintiff's counsel's motion to withdraw, plaintiff Sameh Kedes is hereby DIRECTED to appear at the ZOOM webinar Case Management Conference set for November 14, 2025, either on his own behalf or by new counsel.

**IT IS SO ORDERED.**

Dated: September 19, 2025

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California