Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Caitlin Cozine (SBN 359459)
E-mail: ccozine@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA, MATTHEW
HARMAN and ZACHARY KRIENKE
("ALAMEDA COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. SAMEH KEDES,<br><br>              Plaintiffs,<br><br>      v.<br><br>COUNTY OF ALAMEDA; AND SHERIFFS DEPUTY MATTHEW HARMAN, DEPUTY ZACHARY KRIENKE AND DOES 7-50, (Inclusive),<br><br>            Defendants. | Case No. 3:25-cv-00733-MMC<br><br>**DEFENDANTS' INDIVIDUAL CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>*Filed concurrently with Declaration of Caitlin Cozine*<br><br>Senior District Judge Maxine M. Chesney<br><br>Trial Date:      TBD |

Defendants County of Alameda, Matthew Harman, and Zachary Krienke (collectively, "the Alameda County Defendants") hereby submit this separate Case Management Statement pursuant the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9(a) as Plaintiff is not represented by counsel.

Defense counsel attempted to meet and confer with Plaintiff Dr. Sameh Kedes to file a Joint Case Management Conference as required by this Court's Order Furthering the Case Management Conference. Dkt. No. 43. Defense counsel sent Dr. Kedes a draft Joint Case Management Statement on Wednesday, January 21 and informed him of the need to insert Plaintiff's portions of the statement. (Declaration of Caitlin Cozine ("Cozine Decl."), ¶ 5, **Exhibit A**. Dr. Kedes responded on Monday, January 26 and stated " hello I got this email and I do not know anything what can I do?" (Cozine Decl., ¶ 6, **Exhibit B.**) Defense counsel e-mailed Dr.

Kedes a second time on Monday January 26 and again informed Dr. Kedes that he needed to open the document and fill in Plaintiff's portions. (Cozine Decl. at ¶ 7, **Exhibit C.**) To date, Dr. Kedes has not replied to defense counsel's January 26 email. (Cozine Decl. at ¶ 8.)

## I.    Jurisdiction, Venue, and Service:

Jurisdiction: The Alameda County Defendants agree that this Court has jurisdiction over this action under 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

Venue: The Alameda County Defendants agree that venue is proper in the United State District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b).

Service: This case is at issue. The Alameda County Defendants have answered Plaintiffs' First Amended complaint following the Court's order granting and denying the Alameda County Defendants' Motion to Dismiss. Dkt. Nos. 29, 30, 32

## II.    Facts

Plaintiff Dr. Kedes's minor daughter called 9-1-1 in the early morning hours of January 23, 2024, because she was afraid her father was going to hurt her mother. Her 9-1-1 call prompted a response by two ACSO deputies: Defendants Mathew Harman and Zachary Krienke. When they arrived at Dr. Kedes's home at 4:31 a.m., Dr. Kedes's wife was standing on a sidewalk with a toddler in her arms. She told the responding officers: "no, I am not ok" and that "my husband hit me." These facts gave the responding officers reasonable suspicion to detain Dr. Kedes to investigate and make reasonable efforts to identify the dominant aggressor in this domestic violence incident as required by policy and by statute. Instead of complying with the responding officers' reasonable efforts to investigate, Dr. Kedes came out of his house and resisted his detention, which escalated to a use-of-force incident involving a leg sweep. While Dr. Kedes's wife did not wish to pursue a criminal complaint against him for domestic battery, due to her statement that Dr. Kedes hit her, an observed visible injury on her face, and Dr. Kedes's obstruction of the responding officers' investigation, the responding officers had probable cause to arrest Dr. Kedes as the dominant aggressor in a domestic violence incident pursuant to Penal Code section 273.5. The County Defendants deny any unconstitutional acts, practices, policies or procedures and deny any liability in this case.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4924-9850-9963 v1

2

Case No. 3:25-cv-00733-MMC
DEFENDANTS' INDIVIDUAL CASE
MANAGEMENT CONFERENCE STATEMENT

## III.    Legal Issues

The primary legal issues raised by the First Amended Complaint are:

(1) Whether the Alameda County Defendants breached any of Plaintiff's Fourth and/or Fourteenth Amendment rights;

(2) Whether the Alameda County of Alameda has an unconstitutional policy, practice, or procedure in connection with responding domestic violence calls;

(3) Whether the Alameda County Defendants committed an "assault," "battery," or intentionally or negligently inflicted "emotional distress" upon Dr. Kedes;

(4) Whether any claimed damages were due in whole or in part to the acts or omissions of Plaintiff;

(5) Whether the Alameda County Defendants are entitled to Qualified Immunity as to Plaintiff's federal claims; and

(6) Whether the Alameda County Defendants are entitled to statutory immunity as to Dr. Kedes's state law claims.

## IV.    Motions

The Alameda County Defendants filed a Motion to Dismiss the original complaint.  The Court partially granted and partially denied that motion.  Plaintiff filed a First Amended Complaint dropping the dismissed claims and parties.  The Alameda County Defendants have filed an answer.  Plaintiff's counsel filed a motion to withdraw.  The Court granted this motion and directed the former plaintiff's counsel to continue receiving papers in this case for forwarding purposes until plaintiff appears by substitute counsel or pro se.  There are no pending motions. The Alameda County Defendants intend to file a motion for summary judgment.

## V.    Amendment of Pleadings

The Alameda County Defendants do not anticipate any further amendments.

## VI.    Evidence Preservation

The Alameda County Defendants have taken steps to collect and preserve evidence related to the issues presented by this action and reviewed the Guidelines Relating to the Discovery of Electronically Stored Information.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4924-9850-9963 v1

3

Case No. 3:25-cv-00733-MMC
DEFENDANTS' INDIVIDUAL CASE
MANAGEMENT CONFERENCE STATEMENT

**VII.    Disclosures**

The Alameda County Defendants served Initial Disclosures on November 10, 2025.

**VIII.    Discovery**

(a)    No discovery has been undertaken to date.

(b)    The Alameda County Defendants anticipate propounding interrogatories, requests for admission, document requests, and taking depositions of the parties and witnesses. Discovery will encompass the following subjects:

(i) Plaintiff's claims against the Alameda County Defendants;

(ii) Plaintiff's claims for damages; and

(iii) Other claims and defenses.

(c)    The Alameda County Defendants do not believe that any modifications to the ordinary discovery rules are needed at this time.

(d)    The Alameda County Defendants do not anticipate that a Protective Order will be required in this case.

(e)    The Alameda County Defendants propose the following date for the fact discovery cutoff: March 31, 2026.

**IX.    Class Actions**

This is not a class action.

**X.    Related Cases**

There are no related civil cases.

**XI.    Relief**

The Alameda County Defendants deny that Plaintiff is entitled to any relief. The Alameda County Defendants do not seek any affirmative relief in this case.

**XII.    Settlement and ADR**

The Alameda County Defendants are agreeable to a Mandatory Settlement Conference at a time to be determined by the Court.

**XIII.    Other References**

The Alameda County Defendants do not believe this case is suitable for reference to

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4924-9850-9963 v1

4

Case No. 3:25-cv-00733-MMC
DEFENDANTS' INDIVIDUAL CASE
MANAGEMENT CONFERENCE STATEMENT

binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**XIV.    Narrowing of Issues**

The legal issues have been narrowed by the Court's ruling on the County Defendants' motion to dismiss.  The Alameda County Defendants have not presently identified any additional issues that can be narrowed by agreement.

**XV.    Scheduling**

The Alameda County Defendants propose the following case management schedule:

| | |
|---|---|
| Close of Non-Expert Discovery: | August 31, 2026 |
| Expert Disclosure: | September 21, 2026 |
| Rebuttal Expert Disclosure: | October 19, 2026 |
| Close of Expert Discovery: | November 16, 2026 |
| Deadline to File Dispositive Motions: | December 4, 2026 |
| Opposition: | January 8, 2027 |
| Reply: | January 29, 2027 |
| Hearing: | February 27, 2027 |
| Pretrial Conference: | May 3, 2027 |
| Trial: | July 2027 |

**XVI.    Trial**

The Alameda County Defendants request a trial by jury and expect the trial to last approximately three to five court days.

**XVII.    Disclosure of Non-Party Interested Entities or Persons**

No persons, firms, partnerships, corporations (including parent corporations) or other entities are known by the County Defendants to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

**XVIII. Professional Conduct**

All attorneys of record for the Alameda County Defendants have reviewed the Guidelines for Professional Conduct for the Northern District of California.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4924-9850-9963 v1

5

Case No. 3:25-cv-00733-MMC
DEFENDANTS' INDIVIDUAL CASE
MANAGEMENT CONFERENCE STATEMENT

## XIX. Such Other Matters as May Facilitate the Just, Speedy, and Inexpensive Disposition of This Matter

The Parties are not aware of any other matter they should bring to the Court's attention at this time.

Dated: January 30, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By:    */s/ Caitlin Cozine*
Gregory B. Thomas
Caitlin Cozine
Attorneys for Defendants
COUNTY OF ALAMEDA, MATTHEW HARMAN and ZACHARY KRIENKE ("ALAMEDA COUNTY DEFENDANTS")

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4924-9850-9963 v1

6

Case No. 3:25-cv-00733-MMC
DEFENDANTS' INDIVIDUAL CASE
MANAGEMENT CONFERENCE STATEMENT