hello judge  Honor,

RECEIVED

MAY 1 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Sameh kedes,                               Case No.  25-cv-00733-MMC


The opposing party's lawyer has been sending me emails and demands on a daily basis they sent me an email informing me to do an interview, and I responded to them that I would not be able to do this interview at that time They quickly set another appointment, about a week after the previous one, and I believe i didn't see those emails at that time. I informed them, asking them to give me a chance until I could find a lawyer, I do not understand them, and they are asking me to have interviews that I also do not understand and know nothing about. And you told me verbally last time that I have until August to find a lawyer. I am now putting in my utmost effort to find a lawyer, and I am close to achieving that. So, the end of August so that I have a lawyer, due to the difficulty and lack of understanding in communicating with the opposing party's lawyer, and then I will be able to continue the proceedings, which I completely do not understand—what I should do, how I should form an opinion, or what the next step is. I kindly ask for this opportunity until the end of August. thank you

Sameh Kedes

5/15/2026