UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

SAMEH KEDES,

Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

Defendants.

Case No. 25-cv-00733-MMC (RMI)

**ORDER ON PLAINTIFF'S NOTICE OF ONGOING DISCOVERY DISPUTES AND REQUEST FOR RELIEF**

Re: Dkt. No. 79

Now pending before the court is a "Notice of On-going Bad Faith Discovery Tactics, and Request for Sanctions and Compelling Relief," unilaterally filed by Plaintiff on October 16, 2026. Notice 1, Dkt. 79. Defendants filed a Response, including an objection for untimeliness. Dkt. 80.

"[N]o discovery-related motions may be filed more than 7 days after the discovery cut-off." Civ. L.R. 37-3. Here, the discovery cut-off was August 31, 2026. Plaintiff's Notice admits that he did not initiate meet-and-confer discussions regarding Defendants' Second Set responses until October 2, 2026—well outside the seven days provided. Notice 2. Although Plaintiff makes generalized allegations against Defendants of "tactical delay" and "sandbagging," all the conduct of which he complains happens after October 2nd, and again, well outside the seven-day window following the close of discovery.

Accordingly, the Notice is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 22, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California